IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHARON CORLETTE SHELTON,<br><br>        Plaintiff,<br><br>  v.<br><br>TRUMP PLAZA HOTEL & CASINO, et al.,<br><br>        Defendants. | HONORABLE JEROME B. SIMANDLE<br><br>Civil Action<br>No. 13-5195 (JBS/JS)<br><br>**ORDER OF ADMINISTRATIVE TERMINATION** |

    This matter having come before the Court on Defendants' "Notice of Commencement of Chapter 11 Cases" [Docket Item 12] and Defendants' "Suggestion of Bankruptcy" [Docket Item 13] filed on September 10, 2014, informing the Court that on September 9, 2014, Defendants filed petitions for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware; the Court having considered the submissions of the parties; and for good cause shown;

    IT IS this **11th** day of **September**, **2014,** hereby

    ORDERED that this matter is **ADMINISTRATIVELY TERMINATED** without prejudice.

                                      **s/ Jerome B. Simandle**
                                      JEROME B. SIMANDLE
                                      Chief U.S. District Judge